

# NUMBER 13-23-00064-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE CHELETTE BAKER, SAMANTHA GARCIA, AND KARMEN SCHUSTER

---

On Petition for Writ of Mandamus.

---

# ORDER

**Before Justices Benavides, Tijerina, and Peña**
**Order Per Curiam**

On February 15, 2023, relators Chelette Baker, Samantha Garcia, and Karmen Schuster filed a petition for writ of mandamus seeking to compel the trial court to either transfer the underlying case to the 23rd District Court of Matagorda County, Texas, or alternatively, "to require the trial court to accomplish the assignment of this case to a statutory probate court judge." We request the real parties in interest, Annie Findley Jones, independent administrator of the estate of Harold Jack Findley; Luther Hotel, Inc.;

and "unknown heirs"[1] represented by Philip J. Hundl; or any others whose interest may be directly affected by the relief sought, to file a response to the petition for writ of mandamus within ten days from the date of this order. *See* TEX. R. APP. P. 52.4, 52.8.

PER CURIAM

Delivered and filed on the
17th day of February, 2023.

---

[1] We note that the "unknown heirs" appear to be identified in the mandamus record as: Kenneth Findley, Shelby Jean Hayes, Anthony Stephen Findley, Danielle Craven, Tyler Wade, Landon Wade, Richard Donald Findley, Linda Gail Flowers, Craig Steven Yancy, Jonathan Chad Yancy, Tristian Ray Samuel Yancy, Lauren Kay Elizabeth Yancy, Susan Rene Witkowski, Carolyn Treece, Denise Munza, Thomas Heath Back, Donna Dennis, Joseph Dan Findley, Darla Gayle Phillips, Ronald Darren Findley, Debbie Lynn Busby, Timothy John Clifton, Patrick Newley, Zachary Newley, Benji Dale Clifton, Annie Ruth Findley Jones, Gary David Findley, Angela McElory, Billy McPherson, Jr., Bart McPherson, Bret McPherson, Felicia Dianne Findley Debter, and Lucretia Suzanne Phillips.

2